AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

## for the
## District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 JUN -6  AM 10: 43

OFFICE OF THE CLERK

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

A black LG Phone, with Model number GPLGL164VCBZNFL64VL located on back cover of phone, currently located at the Federal Bureau of Investigation 4411 South 121st CT. Omaha, NE 68137.

See Attachment A for additional details

Case No.  8:19MJ271

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

A black LG Phone, with Model number GPLGL164VCBZNFL64VL located on back cover of phone, currently located at the Federal Bureau of Investigation 4411 South 121st CT. Omaha, NE 68137.
See Attachment A for additional details

located in the _____ District of _____ Nebraska _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | | Offense Description |
|---|---|---|
| 18 U.S.C. 1201 | Kidnapping | |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MICKEY D. EASSON, FBI TFO, OPD
*Printed name and title*

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: 6/6/19

City and state:  Omaha, Nebraska

_____
*Judge's signature*

F.A. GOSSETT, III, U.S. Magistrate Judge
*Printed name and title*

| District of Nebraska | ) | | |
|---|---|---|---|
| | ) | ss. | **AFFIDAVIT OF MICKEY D. LARSON** |
| County of Douglas | ) | | |

## INTRODUCTION

I, Mickey D. Larson, being first duly sworn, depose and state the following:

1.      I am a Task Force Officer with the Federal Bureau of Investigation (FBI), and have been since January 2018.   I am a Detective with the Omaha Police Department (OPD) and have been so employed for eleven (11) years. I am currently assigned as a Task Force Officer (TFO) with the Great Plains Violent Crimes Task Force (GPVCTF), located at the FBI Omaha Division in Omaha, Nebraska.   As a TFO, I have received training on a multitude of federal offenses at numerous law enforcement venues.   I regularly refer to these laws and regulations during the course of my official duties.   During my career as a Detective with the OPD and a TFO with the FBI Omaha Division GPVCTF, I have assisted in bank robbery investigations which have resulted in search warrants, arrests, and the seizure and forfeiture of assets.   Since I have been employed with the OPD, I have worked in the Uniform Patrol Bureau for approximately three (3) years, and have since worked in the Criminal Investigation Bureau (CIB) where I specialize in gang related offenses.

2.      I have set forth only the facts that are necessary to establish probable cause to believe that the evidence Title 18, United States Code, Section 1201(Kidnapping), and other violations of federal law are allegedly being facilitated by the use of electronic devices, specifically the cellular telephone described below in this affidavit, and that evidence that is being stored on the cellular phone may lead to the discover of evidence establishing such violations.

1

## PURPOSE OF THIS AFFIDAVIT

3.      I make this affidavit in support of an application under Rule 41 of the Federal

Rules of Criminal Procedure for a warrant to search one cellular telephone more fully described

in Attachment A, which is currently in law enforcement possession, and the extraction from that

property of electronically stored information described in Attachment B.

4.      In addition, based on my knowledge, training and experience, individuals who

participate in kidnapping often utilize digital cellular telephones to contact their associates in

order to discuss the ways and means of how they will conduct the illegal activity.   A digital

cellular telephone or "Smart Phone" (a smart phone is a digital cellular telephone with the added

abilities to browse the world wide web, send and receive e-mail and digital media such as

pictures and video files, and send MMS or "text" messages) is a portable telephone that may be

transported from one place to another and remain operational through the use of a portable

battery pack or alternate source. Digital cellular telephones are capable of sending and receiving

wire communications, operate as a digital paging and voice mail device, send and receive MMS

or "text" messaging, browse the internet, take video movies, still pictures, and voice notes, and

allow e-mail to be sent and received. Digital cellular telephones and/or "Smart phones" contain

"address books" or a series of stored telephone numbers which are associated with names either

given or nicknames that are assigned by the user of the telephone. Digital cellular telephones are

not party lines, and each telephone has an assigned telephone number, which may be changed,

much the same way as a regular residential telephone. Calls can be made to, or received from a

regular telephone, other cellular telephones, paging devices, or other facility that can be

contacted by a conventional telephone. Your affiant knows that individuals who are involved

2

with kidnapping often have stored in their telephones: (1) the telephone numbers and digital

display codes used by accomplices, aiders and abettors, co-conspirators and participants in these

illegal activities; (2) the identities of co-conspirators, customers, and criminal associates based

upon subscriber information derived from the retrieved telephone numbers and names associated

with them; (3) stored text and e-mail messages identifying possible co-conspirators or identifying

or discussing certain parts of the kidnapping; and/or (4) stored digital images and movies,

depicting evidence and fruits of the above-listed crime.

## IDENTIFICATION OF THE DEVICE(S) TO BE SEARCHED

5.      The electronic device, specifically cellular telephone, to be searched, is described

in Attachment A and is as follows:

      i.      A black LG phone, with Model number GPLGL164VCBZNFL64VL

located on the back cover of the phone, found on the person of Luis MARIA-AGUADO,

a Hispanic male, born in 1987.

6.      The information contained within this affidavit is based upon my training and

experience, my personal knowledge of the investigation conducted in the matter, and information

provided by other agents and law enforcement officials who have assisted in this investigation

and their own investigation.   This affidavit is intended to provide probable cause to support the

issuance of the search warrant as requested herein and does not purport to set forth all of the

information that I have acquired during the course of this investigation.

## ITEMS TO BE SEIZED

7.      The items to be seized from above-listed electronic device are the following:
      i.      All text messages, e-mails, or other electronic communications related to

Kidnapping;

    ii.       Any information related to other co-conspirators (including names, addresses, telephone numbers, or any other identifying information);

    iii.      All bank records, checks, credit card bills, account information, and other financial records;

    iv.      Information reflecting the location of the telephone.

    v.       Evidence of user attribution showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

## OVERVIEW OF INVESTIGATION

8.     On Friday, April 12, 2019 at approximately 9:20 p.m., officers assigned to the Omaha, Nebraska Police Department (OPD) were dispatched to 1809 Washington Street, Omaha, Douglas County, Nebraska, for a disturbance.   Upon arrival, officers made contact with victim PATRICIA CANCINO-CHAVEZ, a Hispanic female, born in 1974, and her daughter, whom I will refer to as "GM," since GM is a juvenile. CANCINO-CHAVEZ stated she broke up with her boyfriend, LUIS MARIA-AGUADO, a Hispanic male, born in 1987, and ever since the breakup, MARIA-AGUADO has been threatening CACINO-CHAVEZ.   CANCINO-CHAVEZ reported that MARIA-AGUADO showed up at her residence and attempted to enter through the front door, but CANCINO-CHAVEZ had locked the screen door.   CANCINO-CHAVEZ stated she was afraid of MARIA-AGUADO because he had been texting her that he's going to "get her" and that she should leave the house because he was "coming for her."   CANCINO-CHAVEZ reported that when MARIA-AGUADO couldn't get in through the front door of the residence, MARIA-AGUADO made entry through the basement of the residence.   CANCINO-

4

CHAVEZ reported that she locked herself in the bathroom and MARIA-AGUADO began to kick the bathroom door in an attempt to gain entry until CANCINO-CHAVEZ stated she had called the police. MARIA-AGUADO then left, but CANCINO-CHAVEZ explained MARIA-AGUADO has continued to threaten her over text messages and through telephone calls.

9.     CANCINO-CHAVEZ reported that on Wednesday, April 10, 2019, MARIA-AGUADO became upset during an argument, grabbing CANCINO-CHAVEZ by her hair and telling her, "I'll kill you! I'll kill you, and then kill myself."   CANCINO-CHAVEZ's daughter, GM, heard MARIA-AGUADO threaten to kill her mother and then kill himself.

10.    The above-mentioned incident was assigned to OPD Detective Sarah A. Spizzirri, currently assigned to the OPD Domestic Violence Unit. Detective Spizzirri and Domestic Violence Liaison Dianna Kelly spoke with victim CANCINO-CHAVEZ, who provided the OPD text messages and a photo of subject MARIA-AGUADO.   A review of the text messages determined that MARIA-AGUADO also sent CANCINO-CHAVEZ text messages which included photographs of two mutilated men showing their heads and bloodied torsos.

11.    A review of the messages indicated that CANCINO-CHAVEZ better be careful, advising her to watch her step wherever she goes and that MARIA-AGUADO is with the "Cartel" and that he's "not playing games."   MARIA-AGUADO also told CANCINO-CHAVEZ that she gets to decide if "it's her or her daughter" that "they" will pick up. CANCINO-CHAVEZ explained that MARIA-AGUADO sent a picture message of a decapitated head of a Hispanic male, followed by another picture message of several decapitated heads and mutilated torsos.

5

12.     On Tuesday, May 7, 2019, at approximately 11:06 a.m. the OPD received a radio

call to 1809 Washington Street, Omaha, Douglas County, Nebraska, to check the well-being of

Patricia CANCINO-CHAVEZ, and that the caller was the employer of CANCINO-CHAVEZ.

The OPD made contact with CANCINO-CHAVEZ's daughter GM, who reported that she had

not had any contact with her mother since Monday, May 6, 2019, at approximately 10:00 p.m.,

when GM and CANCINO-CHAVEZ were at their residence. GM explained that CANCINO-

CHAVEZ was not home when she woke up that morning at approximately 6:40 a.m.

13.     On Tuesday, May 7, 2019 at approximately 6:30 p.m., CONCINO-CHAVEZ's

vehicle was located in a parking lot at 5035 S. 36th Street, Omaha, Douglas County, Nebraska,

(Planet Fitness Gym).   A purse and wallet were observed inside of the vehicle.   Uniform Patrol

Officers from OPD arrived on scene and located surveillance cameras in the area.   Surveillance

footage depicted CANCINO-CHAVEZ pulling into the parking lot of Planet Fitness on Monday,

May 6, at approximately 11:18 p.m. and parking her vehicle.   The surveillance footage

determined that CANCINO-CHAVEZ's vehicle was followed by a black Dodge Avenger that

parked directly behind her vehicle.   On the video surveillance, CANCINO-CHAVEZ can be

seen exiting her vehicle and entering the passenger side front door of the black Dodge Avenger.

At approximately 11:23 p.m., the black Dodge Avenger exited the parking lot and was last seen

travelling northbound on 36th Street in Omaha, Nebraska.

14.     Detectives assigned to the OPD Missing Person's Unit began gathering data from

the cellphone numbers belonging to CANCINO-CHAVEZ and MARIA-AGUADO.

Information obtained included a failed 911 call made on Tuesday May 7, 2019 at 0030 Hours

from CANCINO-CHAVEZ's phone from the area of Lake Manawa, located at Lake Manawa

6

State Park, South Omaha Bridge Road and South Expressway, Council Bluffs, Iowa.   On May

7, 2019, OPD Detectives requested and obtained an emergency order based on exigent

circumstances through the phone carrier for MARIA-AGUADO's cellular telephone, authorizing

the GPS location of the phone. Location information was gathered from Tuesday May 7, 2019

regarding MARIA-AGUADO's phone included the Lake Manawa State Park in Council Bluffs,

Iowa, areas of South Omaha, Nebraska, and continuing south on Highway 75 near Bellevue,

Nebraska eventually traveling into Kansas.

      15.    On May 7, 2019, OPD Detective Spizzirri swore out a signed arrest warrant for

terroristic threats for Luis MARIA-AGUADO regarding the report by CANCINO-CHAVEZ

made on Friday, April 12, 2019 under OPD case number AL48226. Terroristic Threats, State of

Nebraska Statute 28-311.01, is considered a Class 3 Felony through the State of Nebraska.

      16.    On Tuesday May 7, 2019, the FBI Omaha Division and the OPD notified the FBI

Kansas City Division Violent Crime Task Force of the Kidnapping of CANCINO-CHAVEZ by

MARIA-AGUADO, and provided the FBI Kansas City Division with the most recent cell phone

location information for CANCINO-CHAVEZ and MARIA-AGUADO. Based on the

information provided, on May 7, 2019 at approximately 8:45 p.m., the FBI Kansas City Violent

Crimes Task Force was able to locate CANCINO-CHAVEZ and MARIA-AGUADO outside of

the Walmart Department Store located 5150 Roe Avenue in Roeland Park, Kansas.   MARIA-

AGUADO was taken into custody and booked into the Johnson County Jail for the outstanding

terroristic threat warrant previously described above.   MARIA-AGUADO's vehicle was towed

to the Kansas City, Kansas Police impound lot, located at the Alandon Tow Lot, 6224 Kansas

Avenue, Kansas City, Kansas.   CANCINO-CHAVEZ had visible injuries to her neck and hands.

7

CANCINO-CHAVEZ was interviewed by FBI SA Trisha DeWet of the FBI Kansas City

Division, in which CANCINO-CHAVEZ told SA DeWet that on the previous day, her ex-

boyfriend, LUIS MARIA-AGUADO, had followed her to her gym and told her to get into his

vehicle or he would hurt her.   CANCINO-CHAVEZ told SA DeWet that she was afraid of

MARIA-AGUADO so she complied with his demand.

      17.    CANCINO-CHAVEZ told SA DeWet that after CANCINO-CHAVEZ got into

the vehicle with MARIA-AGUADO, he took her to Lake Manawa State Park in Council Bluffs,

Iowa, and threatened to kill her and choked her when she screamed for help and tried to run

away.   CANCINO-CHAVEZ stated that MARIA-AGUADO pushed her to the ground and

choked her with his hands. CANCINO-CHAVEZ stated that MARIA-AGUADO put her back in

his vehicle and told CANCINO-CHAVEZ to pray because he was going to kill her.

CANCINO-CHAVEZ stated that MARIA-AGUADO attempted to strangle her with his belt

while they were in his vehicle.

      18.    CANCINO-CHAVEZ told SA DeWet that after they left Lake Manawa, they

drove to her daughter's residence to leave a key to her vehicle in the mailbox, and then drove to a

residence in Kansas City, Missouri or Kansas City, Kansas.   CANCINO-CHAVEZ stated that

MARIA-AGUADO's plan was to take her to Mexico, and that she went with MARIA-

AGUADO because she was afraid of him.

      19.    On Wednesday, May 8, 2019, after CANCINO-CHAVEZ returned home to

Omaha, Nebraska, OPD Detective Spizzirri interviewed CANCINO-CHAVEZ at Project

Harmony, 11949 Q Street, Omaha, Douglas County, Nebraska.

20.     CANCINO-CHAVEZ reported that she had received numerous messages from MARIA-AGUADO the night of Monday, May 6, 2019, asking her to meet with him to talk about their recently ended relationship.   CANCINO-CHAVEZ explained that she left her residence that night to go to the ATM to get some cash, she pulled into the Planet Fitness parking lot at 5035 S. 36th Street in Omaha, Nebraska.   MARIA-AGUADO followed her to the Planet Fitness parking lot, MARIA-AGUADO pulled his vehicle in behind hers and told her to get into his car to talk.   CANCINO-CHAVEZ eventually exited her vehicle, leaving her purse and wallet, and did enter MARIA-AGUADO's vehicle.   MARIA-AGUADO encouraged her to go get food and she continued to tell him that she wasn't interested and that she needed to get back home to her daughter.   MARIA-AGUADO then began to drive out of the parking lot with CANCINO-CHAVEZ and continued to drive East on L Street in Omaha, Nebraska until stopping in the Lake Manawa State Park area located in Council Bluffs, Iowa.

21.     CANCINO-CHAVEZ told Detective Spizzirri that after parking in a secluded area of the Lake Manawa State Park, MARIA-AGUADO told her he was going to kill her and pointed to an area of trees near to the vehicle telling her that is where he was going to leave her body.   CANCINO-CHAVEZ said MARIA-AGUADO removed a rosary that had been hanging from the rear view mirror and handed it to her telling her to pray because she only had ten more minutes to live.

22.     CANCINO-CHAVEZ stated that while at Lake Manawa State Park, she was strangled by MARIA-AGUADO four times; two by his hands and two times with the leather belt he had been wearing.   CANCINO-CHAVEZ explained that when MARIA-AGUADO used his

9

belt, wrapping it around the back of her neck, she was able to get her hands/wrists between the belt and the front of her neck.

23.     CANCINO-CHAVEZ explained that she had made an attempt to run from MARIA-AGUADO, causing her black colored sandals to break.   MARIA-AGUADO caught her and placed one hand on her neck and one over her mouth and nose.   She explained that she had "gone limp" and held her breath in an attempt to trick MARIA-AGUADO into thinking he had killed her.   She explained she was forced to gasp for air and MARIA-AGUADO became angry forcing her into the car and telling her not to think she "got out of it" and telling her that she was still going to die and that's what he had come there for.

24.     CANCINO-CHAVEZ told Detective Spizzirri that she told MARIA-AGUADO that she would do anything that he wanted her to do and agreed to go to Mexico to be with him. CANCINO-CHAVEZ explained that she had talked him into allowing her to use her phone to call her daughter to tell her goodbye.   CANCINO-CHAVEZ explained that as soon as he gave her the phone, she pressed the emergency button calling 911.   MARIA-AGUADO saw this and grabbed the phone, ending the call and powering down her phone.   MARIA-AGUADO strangled CANCINO-CHAVEZ inside the vehicle.

25.     CANCINO-CHAVEZ stated that she continued to convince MARIA-AGUADO that she would do anything he wanted her to do.   CANCINO-CHAVEZ explained to Detective Spizzirri that she knew she just needed to go along with MARIA-AGUADO and "keep him in the states" and someone would find her.

26.     CANCINO-CHAVEZ said the two of them eventually traveled back into Omaha, Nebraska, before traveling southbound on Highway 75 through Bellevue, Nebraska and

10

eventually into the State of Kansas.   While in the Kansas City, Kansas area or Kansas City, Missouri area, MARIA-AGUADO took CANCINO-CHAVEZ to a house where he said he was currently living. MARIA-AGUADO was worried that he didn't have enough money for the two of them to get to Mexico so he talked about them working in the area for a couple weeks until they had enough money saved.   MARIA-AGUADO and CANCINO-CHAVEZ went to the Walmart Department Store in Roeland Park, Kansas where he instructed her to wear his black hat.   CANCINO-CHAVEZ explained that MARIA-AGUADO paid cash and purchased toiletries, shoes and clothing for her.

27.   CANCINO-CHAVEZ and MARIA-AGUADO returned to the same Walmart Department Store later in the evening to purchase batteries.   The two parties along with another individual were located by Roeland Park Police and MARIA-AGUADO was booked at Johnson County Jail.   The black LG phone was located on MARIA-AGUADO's person and was retrieved and booked in to FBI property, in the FBI Kansas City Division.   The phone was transported to the FBI Omaha Division on May 14, 2019 where it was booked into property.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

28.   Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time.   Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device.   This information can sometimes be recovered with forensics tools.

29.   Forensic evidence.   As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how

11

the devices were used, the purpose of its use, who used it, and when.   There is probable cause to believe that this forensic electronic evidence might be on the devices described in Attachment A because:

      i.      Data on the storage medium can provide evidence of a file that was once on the storage   medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file). Forensic evidence on a device can also indicate who has used or controlled the device.   This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

      ii.      A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

      iii.      The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators.   Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves.   Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

      iv.      Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is

not present on a storage medium.

     v.     <u>Nature of examination.</u>  Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the device consistent with the warrant.  The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

     vi.    <u>Manner of execution.</u>  Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises.  Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

CONCLUSION

30.     Based on the foregoing facts and my training, education, and experience, there is probable cause that evidence, contraband, fruits, and instrumentalities of violations of Title 18, United States Code, Section 1201 (Kidnapping) will be found in the black LG phone with Model number GPLGL164VCBZNFL64VL located on the back cover of the phone.

MICKEY D. LARSON, TFO, OPD
Great Plains Violent Crimes Task Force

Subscribed and sworn

before me this ___ day of June, 2019

F.A. GOSSETT, III
United States Magistrate Judge

14

## ATTACHMENT A

## ITEM TO BE SEARCHED

A black LG Phone, with Model number GPLGL164VCBZNFL64VL located on back cover of phone, found on the person of Luis MARIA-AGUADO, a Hispanic male, born in 1987, currently located at the Federal Bureau of Investigation 4411 South 121st CT. Omaha, NE 68137.

## ATTACHMENT B

### ITEMS TO BE SEIZED

The items to be seized from above-listed electronic device are the following:

      i.      All text messages, e-mails, or other electronic communications related to Kidnapping;

      ii.      Any information related to other co-conspirators (including names, addresses, telephone numbers, or any other identifying information);

      iii.      All bank records, checks, credit card bills, account information, and other financial records;

      iv.      Information reflecting the location of the telephone.

      v.      Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

AO 93 (Rev. 11/13) Search and Seizure Warrant



## UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | |
|---|---|
| In the Matter of the Search of *<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>A black LG Phone, with Model number GPLGL164VCBZNFL64VL located<br>on back cover of phone, currently located at the Federal Bureau of<br>Investigation 4411 South 121st CT. Omaha, NE 68137.<br>See Attachment A for additional details | )<br>)<br>)<br>)<br>)<br>) | Case No.   8:19MJ271 |

### SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location):*

A black LG Phone, with Model number GPLGL164VCBZNFL64VL located on back cover of phone, currently located at the Federal Bureau of Investigation 4411 South 121st CT. Omaha, NE 68137.

See Attachment A for additional details

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 20, 2019 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ F.A. GOSSETT, III _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     _JUNE 6, 2019   10:38AM_

_____
*Judge's signature*

City and state:     Omaha, Nebraska          F.A. GOSSETT, III, U.S. Magistrate Judge
_____
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>  8:19MJ271 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| Certification |
|---|

        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

## ITEM TO BE SEARCHED

A black LG Phone, with Model number GPLGL164VCBZNFL64VL located on back cover of phone, found on the person of Luis MARIA-AGUADO, a Hispanic male, born in 1987, currently located at the Federal Bureau of Investigation 4411 South 121st CT. Omaha, NE 68137.

## ATTACHMENT B

### ITEMS TO BE SEIZED

The items to be seized from above-listed electronic device are the following:

      i.      All text messages, e-mails, or other electronic communications related to Kidnapping;

      ii.      Any information related to other co-conspirators (including names, addresses, telephone numbers, or any other identifying information);

      iii.      All bank records, checks, credit card bills, account information, and other financial records;

      iv.      Information reflecting the location of the telephone.

      v.      Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.